JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH DEEANN MASSENGILL, | Case No. 2:25-cv-07240-JWH-DTB |
| Plaintiff, | |
| vs. | **JUDGMENT RE VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)** |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is **ENTERED** for Plaintiff.

**IT IS OS ORDERED.**

Dated December 9, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE