UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH DEEANN MASSENGILL,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:25-cv-07240-JWH-DTB<br><br>**ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Case 2:25-cv-07240-JWH-DSR    Document 20    Filed 01/06/26    Page 2 of 2    Page ID #:6927

1 | Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, it is hereby **ORDERED** that fees and expenses in the amount of $8,595.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, are **AWARDED**, subject to the terms of the Stipulation.

**IT IS SO ORDERED.**

Date: January 6, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-